UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YANG PAO VUE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>　　　　　Defendant.<br>_____/ | CASE NO. 1:14-cv-01245-SKO<br><br>**ORDER THAT PLAINTIFF FILE A STATUS REPORT RE SERVICE** |

　　　　Plaintiff Yang Pao Vue filed a complaint on August 7, 2014, along with an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915, which was granted. On August 11, 2014, the Clerk of the Court issued a summons and the USM-285 form that must be completed for the U.S. Marshal to effect service of the complaint. There is no executed summons on the docket indicating Plaintiff undertook service of the complaint herself nor was the USM-285 Form returned so that the U.S. Marshal could effect service of the complaint.

　　　　Accordingly, IT IS HEREBY ORDERED that Plaintiff file a status report by no later than November 7, 2014, regarding the current status of service of the complaint.

IT IS SO ORDERED.

　　Dated:　**October 28, 2014**　　　　　　　　　　**/s/ Sheila K. Oberto**
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE