# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YANG PAO VUE,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>CAROLYN COLVIN, Acting Commissioner of Social Security,<br><br>　　　　　　Defendant.<br>_____/ | Case No. 1:14-cv-01245-SKO<br><br>**ORDER GRANTING PLAINTIFF'S STIPULATED REQUEST TO EXTEND BRIEFING SCHEDULE** |

On April 2, 2015, Plaintiff filed a stipulated request seeking to extend the parties' briefing schedule by fourteen (14) days. (Doc. 12.)

Accordingly, IT IS HEREBY ORDERED that:

1. The parties' stipulated request is GRANTED,

2. Plaintiff's opening brief must be filed on or before April 16, 2015;

3. Defendant's opposition brief must be filed on or before May 18, 2015; and

4. Plaintiff's reply brief must be filed on or before June 2, 2015.

IT IS SO ORDERED.

Dated:  **April 3, 2015**　　　　　　　　　　／s/ Sheila K. Oberto
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE