UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

| | |
|---|---|
| YANG POA VUE, | ) No. 1:14-cv-01245-SKO |
| | ) |
| Plaintiff, | ) **ORDER EXTENDING BRIEFING** |
| | ) **SCHEDULE** |
| v. | ) |
| | ) |
| CAROLYN W. COLVIN, | ) |
| Acting Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |

On July 16, 2015, the parties filed a stipulated request that Defendant be permitted an additional 30 days to file a responsive brief.

Accordingly, it is HEREBY ORDERED that:

1. Defendant's responsive brief shall be filed by no later than August 21, 2015, and

2. Plaintiff may file an optional reply brief by no later than September 10, 2015.

IT IS SO ORDERED.

Dated:   **July 21, 2015**              **/s/ Sheila K. Oberto**
                                    UNITED STATES MAGISTRATE JUDGE

[Prop.] Order Extending Briefing Schedule, No. 1:14-cv-01245-SKO